UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,
ROBERT ROSS and EDWARD
KELLY,

    Defendants.
_____/

CIVIL ACTION NO.

09-20492 Civ-Martinez-Brown

## PLAINTIFF'S RE-NOTICE OF VIDEO DEPOSITION

TO:   CHARLIE GARRETT
       C/O Carnival Corporation d/b/a Carnival Cruise Lines
       Leah H. Martinez, Esq.
       Mase, Lara, Eversole, P.A.
       80 S.W. 8th Street, Suite 2700
       Miami, FL 33130

YOU ARE HEREBY NOTIFIED in accordance to Fed.R.Civ.P. Rules 26 and 30, counsel for Plaintiff Jane Doe shall take the video deposition of Charlie Garrett beginning at 11:00 a.m. on Friday, January 8, 2010 at Mase, Lara, Eversole, P.A., 80 S.W. 8th Street, Suite 2700, Miami, FL 33130. Said video deposition shall be conducted by oral deposition. The deposition shall be conducted before a court reporter and notary public, or other individual

duly qualified by law to take the said deposition. Deposition will be transcribed by Esquire Deposition Solutions.

Said Deposition will continue from hour to hour and from day to day until completed.

You are invited to be present.

Respectfully submitted,

                                              BOONE & STONE

                                              By: _____
                                                    David Wm. Boone
                                                    GA Bar No. 067730
                                                    Simone R. Siex
                                                    GA Bar No. 645858

3525 Piedmont Road, NE
Eight Piedmont Center, Suite 200
Atlanta, Georgia 30305
(404) 239-0305

                                                    William S. Stone
                                                    GA Bar No. 684636

P.O. Drawer 70
Blakely, Georgia  39823
(229) 723-3045

                                                    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,
ROBERT ROSS and EDWARD
KELLY,

    Defendants.
_____/

CIVIL ACTION NO.

09-20492 Civ-Martinez-Brown

## CERTIFICATE OF SERVICE

I have this day served upon all counsel of record a true and correct copy of the foregoing Re-Notice of Video Deposition of Charlie Garrett was efiled and provided as follows to:

Curtis J. Mase, Esq.
cmase@mletrial.com
Leah H. Martinez, Esq.
lmartinez@mletrial.com
Mase, Lara, Eversole, P.A.
80 SW 8th Street, Suite 2700
Miami, FL 33130
Counsel for Defendant Carnival Cruise Line

Gerald J. Houlihan, Esq.
houlihan@houlihanlaw.com
Houlihan & Partners, P.A.
Two Datran Center, Suite 1209
9130 South Dadeland Boulevard
Miami, FL  33156
Counsel for Defendant Kelly

Robert Ross, *pro se*
1824 Yonge Street
Pensacola, FL 32501

This 22nd day of December, 2009.

_____
David Wm. Boone