UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,
ROBERT ROSS and EDWARD
KELLY,

    Defendants.
_____/

CIVIL ACTION NO.

09-20492 Civ-Martinez-Brown

### AFFIDAVIT OF DAVID WM. BOONE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL AND TO ENFORCE SETTLEMENT

STATE OF GEORGIA  :
                              :  SS
COUNTY OF FULTON :

BEFORE ME, THE UNDERSIGNED AUTHORITY, personally appeared David Wm. Boone who, after being by me first duly sworn, deposes and says:

1. I am of legal age, laboring under no disabilities, and otherwise competent to testify to all the matters set forth herein, all of which are within my personal knowledge.

2. I am a duly licensed attorney at law, member of the State Bars of Florida and Georgia, in good standing, and am counsel for Plaintiff n the above referenced action.

3. On March 25, 2010, Plaintiff and Defendants by and through their respective counsel, entered into a settlement agreement, evidenced by a settlement memorandum dated that day. The Court was advised of the settlement by Mediator's Report filed on March 31, 2010. (D.E. No. 68.)

4. On April 5, 2010, this Court entered an Order on Notice of Settlement in which it ordered the parties to file a Stipulation of Dismissal with the Clerk of Court by April 19, 2010. (D.E. No. 69.)

5. The terms of the settlement are confidential, and the Plaintiff requests an order directing that the settlement memorandum and all documents evidencing terms of settlement be filed under seal, not to be disclosed or disseminated without prior order of the court for cause shown after notice and opportunity to be heard in opposition to such a request.

6. Although Defendant Carnival's counsel has been called upon on several occasions by Plaintiff through her counsel to meet its obligations under this settlement agreement, performance has not been forthcoming, and has been unreasonably withheld by Defendant

Carnival while it illegally continues to earn interest on Plaintiff's money and deprive Plaintiff of the use of the same. More specifically, Defendant Carnival has failed and refused to tender a draft of the Settlement Agreement and Release which accurately states the terms of the settlement per the Settlement Memorandum. Defendant Carnival's counsel has acknowledged its obligations by email correspondence. However, Defendant Carnival's stated reason for refusing to tender the Settlement Agreement and Release is that Defendant Carnival has not yet approved the documents, even though it does not dispute its obligations under the settlement agreement.

7. This Affidavit is made in support of Plaintiff's Motion for Extension of Time to File Dismissal and to Enforce Settlement Agreement described herein.

By: _____
David Wm. Boone

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _16_ DAY OF
APRIL, 2010.

_____
NOTARY PUBLIC, STATE OF GEORGIA
AT LARGE

My commission expires: